UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-80099-CR-AMC

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DANIEL E. BOUAZIZ

Defendant.
_______________________________/

**DEFENDANT'S MOTION TO TRAVEL/MODIFY CONDITIONS OF RELEASE**

COMES NOW, the Defendant, DANIEL E. BOUAZIZ, and moves this Honorable Court to permit travel within the United States for work-purposes, with prior notice to Pre-Trial Services as to date, time and itinerary, and in support states as follows:

1. Defendant has been charged by Indictment with Wire and Mail Fraud and Money Laundering.

2. Defendant surrendered before this Honorable Court on May 27, 2022 and was released on a $500,000 personal surety bond, co-signed by his spouse.

3. The Defendant is an owner of two art galleries on Worth Ave. on Palm Beach island, and employs several individuals. Additionally, he sponsors artists from around the United States, whom are commissioned to do his works. He also needs to travel to promote them and attend

showings in varying art galleries as part of his business.[1] Additionally, Defendant needs to travel to customer's homes to assess placement of pieces, and to travel to deliver and hang/mount those same pieces. Finally, the defense of the charged conduct requires the use of expert witnesses who are scattered across the U.S., and defendant seeks, proactively, to have permission to meet with those witnesses, with or without his legal counsel to conduct pre-trial preparation.

4. All of the travel anticipated is within the United States, and itineraries of which can be provided to Pre-Trial Services, in advance as to time and location. Again, to stress the point, the travel is not for personal recreation, but rather for business purposes as well as to meet with experts used in Bouaziz's defense.

5. The undersigned has been speaking to AUSA Sarah Schall as to this Motion since last week, and she indicated, as of yesterday, that she cannot agree to the terms requested herein.

WHEREFORE, the Defendant requests that this Honorable Court enter an order permitting the travel of the Defendant, within the United States, with prior notice to Pre-Trial Services, for work purposes only, as well as meetings with any experts or witnesses to be used in his defense.

---

[1] The Government suggested at the bond hearing that Defendant was unable to work under his present status with Customs and Immigration Service. That status was updated as of June 14, 2022 to permit the Defendant to work while in the United States according to an email to the undersigned from AUSA Sarah Schall.

I HEREBY CERTIFY that a copy of the foregoing was sent via CM/ECF to all parties this 29th day of June, 2022.

HOWARD J. SCHUMACHER, P.A.
1 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33301
(954) 356-0477
FL Bar No: 776335

BY: /S/Howard J. Schumacher, Esq.________
HOWARD J. SCHUMACHER, ESQ.