UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-80099-CR-AMC

UNITED STATES OF AMERICA,

Plaintiff,
vs.

DANIEL E. BOUAZIZ

Defendant.
_________________________________/

**DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE**

**TO HIS MOTION TO LIQUIDATE ASSETS**

COMES NOW, the Defendant, DANIEL E. BOUAZIZ, and files this, his Reply to the Government's Response (D.E. 21) to his Motion to Liquidate one particular asset, to wit: that certain leasehold interest in a 2017 Automobili Lamborghini, that is presently under the protection of this Court's order on bond (D.E. 6) requiring that the Defendant not sell, pledge or hypothecate any enumerated assets , and in support states as follows:

1. The Government, in its response, advocates against Bouaziz from realizing the sale of proceeds that the Government argues should be conservatively protected so as to assure that any victims identified are thereby able to be reimbursed for their loses. Defendant stands by his previous averment set for in the original motion, that almost all of the assets (at least 9 residential and commercial real properties) came into the possession of the Defendant before

any of the charged conduct set forth in the Indictment, and were purchased with non-tainted funds. These assets have a modestly estimated value of $15M-20M U.S.D. Most of that is in real property, situated in Palm Beach County, and solely owned by the Defendant. The Government makes no allegation in its Response that any of these properties were purchased during the charge conduct.[1] Auspiciously, of the 21 assets listed in the attachment to the bond order, only 4 are earmarked in their Response (D.E. 21) as having either been purchased with tainted funds or co-mingled and/or supported with tainted funds.

2. Furthermore, the Government should know, from having subpoenaed records regarding Defendant's properties and bank records, that he sold the real property on which his prior gallery was located at 925 Railroad Ave. in 2021 for $4.2 Million. It was part of these proceeds, that were used to buy his primary residence at 228 9th Street, W.Palm Beach, FL.

3. The Government now concedes that what they have alleged as fraudulent transactions, amount to $800,000, and further states that Bouaziz has already repaid just shy of $600,000.00. The defense does not agree that $208,750.00 is still due. The victim identified with an alleged loss of $100,000.00 kept two items that the Government did not seize and which she wanted to keep. Those two items, with sales tax, represented a value of approximately $84,000.00. Defendant had already refunded $100,000.00 without even having the pieces deemed to be inauthentic, returned to his gallery by the client. The remaining $16,000.00 will be paid to her. The victim identified with a loss of $70,000.00 has never contacted the Defendant, and it is unknown whether federal law

---

[1] The Government does allege that Defendant's primary estate was purchased in July 2021.

enforcement had even seized his pieces of art as evidence. Likewise, the purchaser who the Government attributes an amount of $38,750 is unknown to the Defendant.[2]

4. Additionally, the Defendant is the owner of hundreds of pieces of art which are presently in the care, custody and control of the Government, having been seized by federal law enforcement during a search of the Defendant's Worth Avenue art galleries in December 2021. For brevity, the Defendant will not re-list these specific items, nor their value, as he had set this forth in the original Motion.

5. In summary, Defendant is a man of significant means. He has property acquired over 68 years of hard work, and which represent a lifetime of investment in real estate and art. There is absolutely zero credible danger that the remuneration sought by him, upon the transfer of the automobile lease, needs to be protected so as to make whole any clientele that has come forward or may come forward.

6. The U.S. Government has been working this case since at least October of 2021, and has identified the six individuals suggested in the Indictment, despite having seized all of the paperwork and invoices from his galleries during their search in December 2021. The Government posits that there could be additional victims, but the reality is 9 months of investigation has revealed these six.

WHEREFORE, the Defendant seeks an order permitting the Defendant to turn in

---

[2] The undersigned has had continuing conversations with the Government to identify those whom they believe are still owed refunds on questioned pieces of art, but has not yet received that information. Defendant is amenable to refunding such funds, as was his store policy, even prior to law enforcement's involvement.

the 2017 Automobili Lamborghini and retain the sums outlined above for necessary business and personal expenditures.

.

I HEREBY CERTIFY that a copy of the foregoing was sent via CM/ECF to all parties this 11th day of July, 2022.

HOWARD J. SCHUMACHER, P.A.
1 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33301
(954) 356-0477
FL Bar No: 776335

/S/ Howard J. Schumacher, Esq.

HOWARD J. SCHUMACHER, ESQ.