UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-80099-AMC

UNITED STATES OF AMERICA )
)
)
v. )
)
DANIEL ELIE BOUAZIZ, )
)
)
Defendant. )
______________________________)

**GOVERNMENT'S SECOND RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

The United States hereby files this second response to the Standing Discovery Order in the above-captioned case.

The government has mailed a copy of this response, along with a thumb drive containing supplemental discovery to include documents bate-stamp numbered 009037 to 009205 and six (6) CDs containing recordings, to defense counsel Mr. Howard Schumacher. The initial discovery in this matter included documents bate-stamp numbered 000001 to 009036.

Please contact the undersigned Assistant United States Attorney if you have any questions or concerns about the discovery.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: */s/ Sarah J. Schall*
Sarah J. Schall
Assistant United States Attorney
Court No. A5501805
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
Tel. No. (786) 360-9896
Sarah.schall@usdoj.gov

cc: FBI Special Agent Marc Gervasi

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and notice was provided to defense counsel.

By: *_/s/ Sarah J. Schall_*
Sarah J. Schall
Assistant United States Attorney